IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Cody Prudente, as Personal Representative of the Estate of John Prudente, Jr., deceased, | ) ) ) ) | |
| Sandra Prudente, and John Prudente, Sr., | ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| Mary Hamilton, individually and in her official capacity as a City of Mandan Police Officer, | ) ) ) ) | |
| Joshua Scherr, individually and in his official capacity as a City of Mandan Police Officer, | ) ) ) ) | |
| Dominic Hanson, individually and in his official capacity as a City of Mandan Police Officer, | ) ) ) ) | Case No. 1:22-cv-024 |
| Peter Czapiewski, individually and in his official capacity as a Lieutenant of City of Mandan Police, | ) ) ) ) | |
| David Raugust, individually and in his official capacity as a Sergeant of City of Mandan Police, and | ) ) ) ) | |
| City of Mandan, | ) ) | |
| Defendants. | ) | |

Before the court is a "Motion for Request to Access Documents" filed by Plaintiffs on March 22, 2023. (Doc. No. 28). They seek an order from the court granting release of the Bureau of Criminal Investigations ("BCI") complete and unredacted Report BCI120-0074 detailing its

1

investigation into the death of John Prudente, Jr.  They advise that they served a subpoena on BCI requesting the report and were told that by BCI that, absent a court order, it could not produce the unredacted report as it contained sensitive information.  They further advises that BCI had indicated to them that it would not oppose a motion requesting access to the unredacted report.

The court **GRANTS** Plaintiffs' motion (Doc. No. 28) and authorizes BCI to release the complete and unredacted Report BCI120-0074 to Plaintiffs' counsel.

**IT IS SO ORDERED.**

Dated this 6th day of April, 2023.

                                    */s/ Clare R. Hochhalter*
                                    Clare. R. Hochhalter, Magistrate Judge
                                    United States District Court