UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Cody Prudente, as Personal Representative of the Estate of John Prudente, Jr., deceased,<br><br>Sandra Prudente, and<br><br>John Prudente, Sr.,<br><br>    Plaintiffs,<br><br>v.<br><br>Mary Hamilton, individually and in her official capacity as a City of Mandan Police Officer,<br><br>Joshua Scherr, individually and in his official capacity as a City of Mandan Police Officer,<br><br>Dominic Hanson, individually and in his official capacity as a City of Mandan Police Officer,<br><br>Peter Czapiewski, individually and in his official capacity as a Lieutenant of City of Mandan Police,<br><br>David Raugust, individually and in his official capacity as a Sergeant of City of Mandan Police, and<br><br>City of Mandan,<br><br>    Defendants. | Civil No: 1:22-cv-00024<br><br>**AFFIDAVIT OF DOMINIC HANSON** |

STATE OF NORTH DAKOTA )
            ) ss.
COUNTY OF MORTON   )

  The undersigned, herein being duly sworn and deposed, states the following:

[1]     My name is Dominic J. Hanson, and I am a defendant in the above-entitled case. As such, I have personal knowledge of the information contained in this affidavit.

[2]     At all relevant times, I was a police officer employed by the City of Mandan.

[3]     On February 8, 2020, at the time of the traffic stop, I was at the law enforcement center. I overheard on the radio that Prudente had a warrant and began to flee. I then heard that Prudente was fighting so I proceeded to the location. I do not recall any officers notifying others that the scene was secure.

[4]     When I arrived, I observed that Prudente was cuffed and actively moving and making noise. I heard Prudente shouting but could not understand what he was saying. From what I recall, the ambulance was requested before I got there as tasers were deployed. Prudente's mother, Sandy, began approaching and I kept her away. Sandy insisted that she could help keep Prudente calm and was allowed to attempt from a distance. I also observed blood on Sergeant Raugust and learned that Prudente had bit him.

[5]     I observed one officer performing a sternum rub. Officer Hauck ran to a patrol vehicle to obtain an AED. I walked Sandy to the street to be further away. Prudente's parents were becoming agitated, so I tried to calm them down.

[6]     When the ambulance arrived, they asked the parents what medications Prudente was on and about any health issues. The Plaintiff's indicated that Prudente has Schizophrenia and other mental health issues. The Plaintiff's said that the only drugs Prudente takes are those prescribed to him.

**FURTHER AFFIANT SAYETH NOT.**

Dated this 1st day of AUGUST, 2023.

_____
Dominic J. Hanson, Defendant

Subscribed and sworn before me this 1st day of August, 2023.

KATIE SARBAUM
Notary Public
State of North Dakota
My Commission Expires April 17, 2025

_____
Notary Public

3