UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Cody Prudente, as Personal Representative of the Estate of John Prudente, Jr., deceased,<br><br>Sandra Prudente, and<br><br>John Prudente, Sr.,<br><br>        Plaintiffs,<br><br>v.<br><br>Mary Hamilton, individually and in her official capacity as a City of Mandan Police Officer,<br><br>Joshua Scherr, individually and in his official capacity as a City of Mandan Police Officer,<br><br>Dominic Hanson, individually and in his official capacity as a City of Mandan Police Officer,<br><br>Peter Czapiewski, individually and in his official capacity as a Lieutenant of City of Mandan Police,<br><br>David Raugust, individually and in his official capacity as a Sergeant of City of Mandan Police, and<br><br>City of Mandan,<br><br>        Defendants. | Civil No: 1:22-cv-00024<br><br>**AFFIDAVIT OF JOSHUA SCHERR** |

STATE OF NORTH DAKOTA   )
                                   ) ss.
COUNTY OF MORTON        )

        The undersigned, herein being duly sworn and deposed, states the following:

[1]     My name is Joshua Scherr, and I am a defendant in the above-entitled case. As such, I have personal knowledge of the information contained in this affidavit.

[2]     At all relevant times, I was a police officer employed by the City of Mandan.

[3]     On February 8, 2020, I overheard on the radio that Prudente had a warrant and began to flee. I then proceeded to the location to assist. While in route, Sergeant Raugust radio that Prudente was fighting. Upon arrival, I saw Officer Hamilton, Officer Hauck, Lieutenant Czapiewski, and Sergeant Raugust were on scene. I assisted Lieutenant Czapiewski in keeping Prudente under control and on his side. Prudente was screaming but he was difficult to understand.

[4]     Lieutenant Czapiewski advised me to contact the ambulance. Prudente became unresponsive and I began a sternum rub. I observed that Prudente's face turned bluish/purple and that he did not appear to be breathing. I uncuffed Prudente and began chest compressions. I assisted with getting Prudente loaded into the ambulance.

**FURTHER AFFIANT SAYETH NOT.**

Dated this __8th__ day of __August__, 2023.

_____
Joshua Scherr, Defendant

Subscribed and sworn before me this __8th__ day of __August__, 2023.

NICOLE L THOMAS
Notary Public
State of North Dakota
My Commission Expires Dec 18, 2025

_____
Notary Public

2