UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Cody Prudente, as Personal Representative of the Estate of John Prudente, Jr., deceased,<br><br>Sandra Prudente, and<br><br>John Prudente, Sr.,<br><br>          Plaintiffs,<br><br>v.<br><br>Mary Hamilton, individually and in her official capacity as a City of Mandan Police Officer,<br><br>Joshua Scherr, individually and in his official capacity as a City of Mandan Police Officer,<br><br>Dominic Hanson, individually and in his official capacity as a City of Mandan Police Officer,<br><br>Peter Czapiewski, individually and in his official capacity as a Lieutenant of City of Mandan Police,<br><br>David Raugust, individually and in his official capacity as a Sergeant of City of Mandan Police, and<br><br>City of Mandan,<br><br>          Defendants. | Civil No: 1:22-cv-00024<br><br>**AFFIDAVIT OF BRANDON HAUCK** |

STATE OF NORTH DAKOTA   )
                                      ) ss.
COUNTY OF MORTON        )

      The undersigned, herein being duly sworn and deposed, states the following:

[1]     My name is Brandon Hauck. At all relevant times, I was a police officer employed by the City of Mandan. As such, I have personal knowledge of the information contained in this affidavit.

[2]     On February 8, 2020, I responded to backup Officer Hamilton on the traffic stop which she advised was fleeing. I overheard the radio advise Hamilton of the warrant. Sergeant Raugust radioed the location and Officer Hauck proceeded to the location. In route, I overheard Officer Hamilton appear to struggle with something or someone. Officer Hamilton and Sergeant Raugust were not answering radio traffic.

[3]     When I arrived, I observed John Sr. hunched over near Sergeant Raugust's right side. Sergeant Raugust, Officer Hamilton, and Lieutenant Czapiewski were surrounding Prudente attempting to take him into custody. Prudente was laying down.

[4]     I instructed John Sr. to back away. John Sr. was yelling so I focused on containing John Sr., who eventually agreed to leave the scene.

[5]     I then turned my attention to Prudente and was advised to return the rifle to the patrol vehicle – which I did. When I returned to the scene, I observed that Prudente was no longer making noise or moving. Officer Scherr began a sternum rub.

[6]     At around 5:07 p.m., I ran to my vehicle and returned with an AED and assisted with CPR. I was unable to detect a pulse.

[7]     At approximately 5:08 p.m., members of the Mandan Fire Department arrived on scene and assisted with performing life saving measures. I administered Narcan at the direction of firefighters. Metro Area Ambulance personnel arrived on scene and also began performing life saving measures on Prudente.

[8] At approximately 5:17 p.m., Prudente was placed in the back of the ambulance and at approximately 5:26 p.m., the ambulance left the scene to transport Prudente to Sanford Hospital. I rode in the back of the ambulance and remained with Prudente until a BCI agent arrived.

[9] At approximately 5:35 p.m., the ambulance arrived at Sanford Hospital with Prudente where he was later pronounced deceased.

**FURTHER AFFIANT SAYETH NOT.**

Dated this __15__ day of August, 2023.

_____
Brandon Hauck

Subscribed and sworn before me this __15__ day of August, 2023.

PETER CZAPIEWSKI
Notary Public
State of North Dakota
My Commission Expires Nov 3, 2025

_____
Notary Public