UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Cody Prudente, as Personal Representative of the Estate of John Prudente, Jr., deceased,<br><br>Sandra Prudente, and<br><br>John Prudente, Sr.,<br><br>          Plaintiffs,<br><br>v.<br><br>Mary Hamilton, individually and in her official capacity as a City of Mandan Police Officer,<br><br>Joshua Scherr, individually and in his official capacity as a City of Mandan Police Officer,<br><br>Dominic Hanson, individually and in his official capacity as a City of Mandan Police Officer,<br><br>Peter Czapiewski, individually and in his official capacity as a Lieutenant of City of Mandan Police,<br><br>David Raugust, individually and in his official capacity as a Sergeant of City of Mandan Police, and<br><br>City of Mandan,<br><br>          Defendants. | Civil No: 1:22-cv-00024<br><br>**AFFIDAVIT OF LAWRENCE E. KING** |

STATE OF NORTH DAKOTA   )
                         ) ss.
COUNTY OF BURLEIGH       )

1. My name is Lawrence E. King, and I am an attorney for the Defendants in the above-entitled case and, as such, I have personal knowledge of the information contained in this affidavit.

2. Attached as Exhibit A is a true and correct copy of correspondence from Mandan Chief of Police, Jason Ziegler to City Administrator Jim Neubauer.

3. Attached as Exhibit B is a true and correct copy of the autopsy report.

4. Attached as Exhibit C is a true and correct copy of correspondence from Morton County State's Attorney's Office to Special Agent Mark Nickel.

Dated this 25th day of August, 2023.

By: _____
Lawrence E. King (ND Bar ID #04997)
*Attorney for Defendants*
101 Slate Dr., Ste. 4
Bismarck, ND 58503
Phone: 701-712-2676
lking@KingLawND.com

Subscribed and sworn to before me this 25th day of August 2023.

SHARON R CAVENDER
Notary Public
State of North Dakota
My Commission Expires August 2, 2026

_____
Notary Public

2