

# POLICE
## Mandan North Dakota

Jason J. Ziegler
**Chief of Police**
205 1st Ave N.W.
Mandan, ND 58554
701-667-3250

04/09/2020

To: City Administrator Jim Neubauer
From: Chief of Police Jason J. Ziegler
CC: Deputy Chief Jason Bier, Deputy Chief Lori Flaten, HR Director Brittany Cullen
RE: Reinstatement to Full Duty (In-Custody Death investigation)

On February 8th, 2020 two of the City of Mandan's police officers were involved in a physical altercation during an arrest within the city limits of Mandan, and were placed on Administrative Duties during the investigation of the cause of death.

The North Dakota's Bureau of Criminal Investigations (BCI) conducted an investigation into this matter and after an autopsy was completed on the deceased, Morton County Assistant State's Attorney Gabrielle J. Goter determined that no crime was committed by the law enforcement officers involved.

Effective immediately both Sergeant David Raugust's and Officer Mary Hamilton's status shall be full duty. They are to report to Deputy Chief Jason Bier for assignments.

Jason J. Ziegler
Chief of Police
City of Mandan

EXHIBIT A
1:22-cv-00024
Page 1 of 1