NORTH DAKOTA DEPARTMENT OF HEALTH
STATE FORENSIC EXAMINER
2637 E MAIN AVE
BISMARCK, ND 58501
701-328-6138

AUTOPSY NO. ___ NDME 20-008 _____
DATE/DAY _____ 02/10/2020 _____
TIME _____ 0850 _____

REPORT OF AUTOPSY

DECEDENT _____ Prudente, John _____

AUTOPSY AUTHORIZED BY: _____ Josh Seil - Coroner, Morton County _____

BODY IDENTIFIED BY: Metropolitan Ambulance on 02/08/2020 at 2044

PERSONS PRESENT AT AUTOPSY:  Dr. Massello, J. Harsche, F.L. Geiger, C. Saylor, A. Droske - ND BCI

Rigor: complete        Livor Color: maroon/lavender               Distribution: posterior
Age: 36  Race: white   Sex: male   Length: 69"  Weight: 199lbs  Eyes: brown  Pupils: Right 4mm Left 4mm
Hair: dark brown  Moustache: yes  Beard: full  Body heat: refrigerated

PATHOLOGIC DIAGNOSES:

1. History of schizophrenia and recent physical altercation.
2. Superficial abrasions, lower extremities and forehead.
3. Contusions, bilateral, tongue and pharynx, in association with endotracheal tube placement.
4. Granuloma, right lung.
5. No lethal injuries.
6. Postmortem toxicology: methamphetamine and metabolite (toxic concentration); quetiapine – therapeutic concentration; cannabinoids – present.

POSTMORTEM SUMMARY:

This 36 year old white male had a reported history of schizophrenia. He was the driver of a motor vehicle that had been routinely stopped by law enforcement officials. He then became physically agitated and combative, and required physical restraint, during which time an electrical conductivity device was deployed. Either during restraint or shortly thereafter, he became unresponsive. An automatic external defibrillator device was applied but recommended no electrical shock. He was declared dead at a local medical treatment facility. His full postmortem examination revealed findings consistent with death resulting from alcohol poisoning, drug poisoning and/or excited delirium. This was confirmed by postmortem toxicology studies that demonstrated a toxic level of the stimulant drug methamphetamine, along with an antipsychotic prescription drug and cannabinoids. No lethal injuries or other abnormalities of the internal organs were noted that would have caused or contributed to his death.

CAUSE OF DEATH:  EXCITED DELIRIUM DUE TO METHAMPHETAMINE POISONING AND SCHIZOPHRENIA
Contributory cause: physical exertion

Provisional Report: _____                                    Final Report: ____ X ____

The facts stated herein are true and correct to the best of my knowledge and belief.

3/18/2020            ND State Forensic Examiners Office
Date Signed          Place of Autopsy                          Signature of Pathologist
                                                               William Massello III, M. D.
                                                               Acting State Forensic Examiner

PAGE -2 of 3-                                              AUTOPSY  NDME 20-008

GROSS DESCRIPTION

EXTERNAL FINDINGS:
CLOTHING: Partially clothed; black stretchable Fruit of the Loom underwear.
PERSONAL EFFECTS: None
EVIDENCE OF THERAPY: Recent venipuncture mark, dorsum of right hand; intravenous catheters, right wrist, right antecubital fossae, dorsum of left hand; endotracheal tube; resuscitation abrasion, center of chest.
IDENTIFYING FEATURES: None prominent.
GENERAL APPEARANCE: Young male; moderately obese, heavy set body habitus; dried blood present on lower extremities; body generally clean and dry without debris.
SKIN: Swarthy complexion; scattered nevi present; healing acneiform lesions, widely distributed, anterior preclavicular region; no rashes.
EXTREMITIES: Superficial abrasions present on lower extremities (see below); very short, unbroken, slightly dirty fingernails; green residue present on palmar surface of left hand; no scars or needle tracks identified; postmortem bruises noted in axillary region on left side.
TRUNK: Protuberant, tympanitic abdomen; abundant chest and abdominal hair; polyhedral, brown resuscitation abrasion present on front of chest.
HEAD, FACE, NECK: No neck ligature imprints; congested sclerae and conjunctivae without petechial or ecchymotic hemorrhages; cloudy corneas; arcus senilis present bilaterally; nasal septum intact; extensive decay, anterior teeth; no intraoral mucosal contusions or abrasions identified.
EXTERNAL GENITALIA: Circumcised; testis palpable in scrotum; fecal pledget present in anal canal; normal perianal skin and mucosa.

EXTERNAL INJURIES (diagrammed):
• Superficial scratches, faint, forehead.
• Black dirt covering and within area of superficial abrasions, left prepatellar region .
• Superficial abrasions right prepatellar region.
• Scratch, left eyelid, 2 cm long.

CRANIAL FINDINGS: Supragaleal, 1cm diametered left frontal scalp hemorrhage present. Skull of normal thickness without fractures. Brain: weight 1450. Congested. No subdural or epidural hemorrhages. No parenchymal lesions, especially no injuries.

INTERNAL FINDINGS:
GENERAL: No cavity blood or effusions. Blood is fluid and flows in abundance from cut surfaces of large veins.
AXIAL SKELETON: No recent fractures.
ORONASAL CAVITY, NECK STRUCTURES: Bilateral submucosal and intramuscular contusions noted of anterior tongue. Posterior tongue without congestion. Submucosal, blotchy hemorrhages present in posterior pharynx. Blood tinged mucoid fluid present in larynx and trachea. Airway patent. Thyroid gland smaller than average with congestion; normal architecture. No injuries to larynx, strap muscles or sternomastoid muscles present. Small amount of hemorrhage noted around right greater cornu of hyoid bone.
AORTA AND GREAT VESSELS: Elastic with smooth intima. No lesions.
ESOPHAGUS: Congested. Proximal esophagus demonstrates submucosal hemorrhages. Normal mucosa.
STOMACH: Large in size. Contains an estimated 1 liter of thick yellow chyme representing partially digested material within which can be identified fragments of French fries. Congested mucosa with slightly effaced gastric rugae. No lesions.
INTESTINES: Appendix present. Large bowel empty of feces. Moderately abundant mesenteric, omental and retroperitoneal fat. No lesions.
HEART: Weight 440 grams. Normal myocardium and valves.
CORONARY ARTERIES: Thin walled, widely patent, without anomalies.
LUNGS: Right 600 grams, left 490 grams. Right lower lobe demonstrates intraparenchymal, 1 cm diametered yellow, firm, granuloma. Lung parenchyma congested with mild amount of edema froth on cut surface. No injuries or pulmonary emboli.
DIAPHRAGM: No lesions.
PERICARDIUM: Intact with glistening mesothelium.
LIVER: Weight 2300 grams. Intact capsule with congested parenchyma.
GALLBLADDER: Small. Bile present in lumen. No calculi.
ADRENALS: Normal architecture bilaterally.
PANCREAS: infiltrated by fat. Normal parenchyma.
SPLEEN: Weight 120 grams. Intact capsule. Normal architecture on cut surface.
KIDNEYS: Right 160 grams, left 170 grams. Surface is smooth. Normal architecture with congestion on cut surfaces. Ureters not dilated.
URINARY BLADDER: Partially full. Table side urine drug screen reveals positivity for methamphetamine, amphetamine, tricyclic antidepressants and THC. Normal mucosa.
PROSTATE: Small, normal architecture and consistency.
LYMPH NODES: Normal size and consistency.

AUTOPSY   NDME 20-008

MICROSCOPICS:

HEART: no lesions; mild autolysis normal SA and AV nodes.
CORONARY ARTERY: concentric and eccentric intimal lipid deposition with greater than 75 percent luminal occlusion with cholesterol clefts.
BRAIN: hippocampal formation, brainstem and cerebellum demonstrate no lesions.
LUNG: congested; marked autolysis; bacterial colonies are present; rare interstitial polarizable crystals; caseating granuloma identified.
LIVER: widespread midzonal fatty metamorphosis.
SPLEEN: autolysis; no lesions.
KIDNEY: autolysis; no polarizable crystals.
TONGUE: recent hemorrhage without inflammatory response or organization.
BONE MARROW: normocellular; no lesions.
SKELETAL MUSCLE: autolysis; no lesions.
ADRENAL GLAND: no lesions.
THYROID GLAND: autolysis; no lesions.
PANCREAS: moderate autolysis; no lesions.
LYMPH NODE: normal architecture; autolysis; no lesions.
PERICARDIUM: no lesions.
SKELETAL MUSCLE: no lesions.

OTHER PROCEDURES: TOX _X_ PHOTO _X_ DNA _X_ MICROSCOPICS ___X_____

BCI20-00074/11 #2



OFFICE OF ATTORNEY GENERAL
Crime Laboratory Division
2641 East Main Avenue
Bismarck, ND 58501-5044

Tel.   (701) 328-6159
        (800) 296-2054
Fax    (701) 328-6185

### TOXICOLOGY ALCOHOL/VOLATILES ANALYTICAL REPORT

| | |
|---|---|
| **Case Number:** | CLD20-00631 |
| **Subject:** | John Prudente |
| **Report Date:** | February 14, 2020 |
| **Report To:** | Dr. William Massello III |
| **Submitting Agency:** | ND State Forensic Examiner's Office<br>2637 East Main Avenue<br>Bismarck, ND 58506 |
| **Agency Case Number:** | NDME 20-008 |
| **Submitted Date/Time:** | February 10, 2020 14:18 |
| **Delivery Method:** | Hand to Hand via Jessica Harsche |

**Collection Kit:**

Item 1
Sealed Container - Yes
Labeled Tube or Container - Yes

Item 2
Sealed Container - Yes
Labeled Tube or Container - Yes

Item 3
Sealed Container - Yes
Labeled Tube or Container - Yes

**Item(s) Submitted:**

| | |
|---|---|
| Item 1: | One sealed grey stoppered tube containing 8 mL of blood |
| Item 2: | One sealed green stoppered tube containing 7 mL of blood |
| Item 3: | One sealed container with yellow screw top containing 60 mL of urine |

---

Case Number: CLD20-00631

PKT 1 OF 3 - Lab Report-Released-(85981).pdf

**Summary of Analysis:**  (Testing started on February 13, 2020 and ended on February 14, 2020)

| Item | Test | Results | Method | Instrument |
|---|---|---|---|---|
| Item 1 | Alcohol/Volatile Analysis | Ethanol 0.000 g/100mL | TxS-020 Approved Method to Conduct Blood Alcohol Analysis (Rev. 0.6) | PE Clarus 500 GC SN: 580S14050502 |
| Item 2 | Alcohol/Volatile Analysis | Alcohol/Volatile Analysis was not completed on this item | | |
| Item 3 | Alcohol/Volatile Analysis | Alcohol/Volatile Analysis was not completed on this item | | |

**Notes:**

Toxicology Carboxyhemoglobin and Drug results will be issued in a separate laboratory report.

**Disposition:**

All items: Samples will be returned to your office at our earliest convenience.

The undersigned forensic scientist(s) is(are) a designee of the Director of the North Dakota Office of Attorney General, Crime Laboratory Division.  The results and conclusions in this report are the opinions and interpretations of the analyst(s) from the analysis of submitted evidence.  This report shall not be reproduced except in full without approval of the Crime Laboratory Division.

Sincerely,

Crime Laboratory Division

_Kali L. Hieb_
_____
**Kali L. Hieb**
**Forensic Scientist**

Analysis Performed:
Alcohol/Volatile Analyst

PKT 2 OF 3 - Lab Report-Released-(85981).pdf

**EXHIBIT B**
**1:22-cv-00024**
**Page 6 of 14**



OFFICE OF ATTORNEY GENERAL
Crime Laboratory Division
2641 East Main Avenue
Bismarck, ND 58501-5044

Tel.   (701) 328-6159
          (800) 296-2054
Fax   (701) 328-6185

### TOXICOLOGY CARBOXYHEMOGLOBIN ANALYTICAL REPORT

**Case Number:**            CLD20-00631

**Subject:**                     John Prudente

**Report Date:**             February 12, 2020

**Report To:**               Dr. William Massello III

**Submitting Agency:**    ND State Forensic Examiner's Office
                                      2637 East Main Avenue
                                      Bismarck, ND 58506

**Agency Case Number:**   NDME 20-008

**Submitted Date/Time:**   February 10, 2020 14:18

**Delivery Method:**        Hand to Hand via Jessica Harsche

**Collection Kit:**           Item 1
                                      Sealed Container - Yes
                                      Labeled Tube or Container - Yes

                                      Item 2
                                      Sealed Container - Yes
                                      Labeled Tube or Container - Yes

                                      Item 3
                                      Sealed Container - Yes
                                      Labeled Tube or Container - Yes

**Item(s) Submitted:**

| | |
|---|---|
| Item 1: | One sealed grey stoppered tube containing 8 mL of blood |
| Item 2: | One sealed green stoppered tube containing 7 mL of blood |
| Item 3: | One sealed container with yellow screw top containing 60 mL of urine |

---

Case Number: CLD20-00631

PKT 1 OF 3 - Lab Report-Released-(85941).pdf

**Summary of Analysis:** (Testing started on February 11, 2020 and ended on February 11, 2020)

| Item | Test | Results | Method | Instrument |
|------|------|---------|--------|------------|
| Item 1 | Carboxyhemoglobin | Carboxyhemoglobin analysis was not completed on this item | | |
| Item 2 | Carboxyhemoglobin | Less than 10% | TxS-019 AVOXimeter® 4000 Carboxyhemoglobin Analysis (Rev. 0.5) | Avoximeter® 4000 SN 41841 |
| Item 3 | Carboxyhemoglobin | Carboxyhemoglobin analysis was not completed on this item | | |

**Notes:**

Toxicology Alcohol/Volatile and Drug results will be issued in a separate laboratory report.

**Disposition:**

All items: Samples will be returned to your office at our earliest convenience.

The undersigned forensic scientist(s) is(are) a designee of the Director of the North Dakota Office of Attorney General, Crime Laboratory Division.  The results and conclusions in this report are the opinions and interpretations of the analyst(s) from the analysis of submitted evidence.  This report shall not be reproduced except in full without approval of the Crime Laboratory Division.

Sincerely,

Crime Laboratory Division

_____
**Kali L. Hieb**
**Forensic Scientist**

Analysis Performed:
Carboxyhemoglobin Analyst

Case Number: CLD20-00631

PKT 2 OF 3 - Lab Report-Released-(85941).pdf



OFFICE OF ATTORNEY GENERAL
Crime Laboratory Division
2641 East Main Avenue
Bismarck, ND 58501-5044

Tel.   (701) 328-6159
        (800) 296-2054
Fax   (701) 328-6185

### TOXICOLOGY DRUG ANALYTICAL REPORT

**Case Number:** CLD20-00631

**Subject:** John Prudente

**Report Date:** March 4, 2020

**Report To:** Dr. William Massello III

**Submitting Agency:** ND State Forensic Examiner's Office
2637 East Main Avenue
Bismarck, ND 58506-5520

**Agency Case Number:** NDME 20-008

**Submitted Date/Time:** February 10, 2020 14:18

**Delivery Method:** Hand to Hand via Jessica Harsche

**Collection Kit:**

Item 1
Sealed Container - Yes
Labeled Tube or Container - Yes

Item 2
Sealed Container - Yes
Labeled Tube or Container - Yes

Item 3
Sealed Container - Yes
Labeled Tube or Container - Yes

**Item(s) Submitted:**

Item 1:    One sealed grey stoppered tube containing 8 mL of blood
Item 2:    One sealed green stoppered tube containing 7 mL of blood
Item 3:    One sealed container with yellow screw top containing 60 mL of urine

**Summary of Analysis:** (Testing started on February 14, 2020 and ended on March 4, 2020)

| Item | Test | Results | Method | Instrument |
|------|------|---------|--------|------------|
| Item 1 | Drug Analysis | Drug Analysis was not completed on this item | | |
| Item 2 | Drug Analysis | Drug Analysis was not completed on this item | | |

---

Page 1 of 4

Case Number: CLD20-00631

PKT 1 OF 5 - Lab Report-Released-(86248).pdf

EXHIBIT B
1:22-cv-00024
Page 9 of 14

| Item 3 | Salicylate Screen/Trinder's | Negative | TxS-007 Salicylate Screening (Rev. 0.4) | Qualitative Test. No instrument was used. |
|--------|------------------------------|----------|------------------------------------------|-------------------------------------------|
| Item 3 | Cannabinoid Screen/Alere iCassette® THC Test Device | Positive | TxS-011 Cannabinoid Screening in Urine (Rev. 0.7) | Qualitative Test. No instrument was used. |
| Item 3 | Cannabinoid Confirmation/GC-MS | Positive | TxS-012 THCA Confirmation in Urine (Rev. 0.7) | Agilent GC/MS 5977A S/N: US1519M412 |
| Item 3 | Urine Drug Screen | Amphetamine | TxS-018 SPE of Acidic, Neutral, Basic Drugs from Urine (Rev. 0.4); TxS-026 De-Tox Tube Analysis (Rev. 0.0) | AB 3200 QTrap LC/MS/MS S/N: AF20080902 PerkinElmer GC/MS Clarus 600 S/N: 664N7060102 |
| Item 3 | Urine Drug Screen | Methamphetamine | TxS-018 SPE of Acidic, Neutral, Basic Drugs from Urine (Rev. 0.4); TxS-026 De-Tox Tube Analysis (Rev. 0.0) | AB 3200 QTrap LC/MS/MS S/N: AF20080902 PerkinElmer GC/MS Clarus 600 S/N: 664N7060102 |
| Item 3 | Urine Drug Screen | Quetiapine | TxS-018 SPE of Acidic, Neutral, Basic Drugs from Urine (Rev. 0.4); TxS-026 De-Tox Tube Analysis (Rev. 0.0) | AB 3200 QTrap LC/MS/MS S/N: AF20080902 PerkinElmer GC/MS Clarus 600 S/N: 664N7060102 |

**Notes:**

Toxicology Alcohol/Volatile and Carboxyhemoglobin results will be issued in a separate laboratory report. Please see table below for analytes detected by the blood and urine drug screen methods.

**Disposition:**

All items: Samples will be returned to your office at our earliest convenience.

PKT 2 OF 5 - Lab Report-Released-(86248).pdf

## Blood and Urine Drug Screen Analytes:

### Compound Name

| | | |
|---|---|---|
| 3,4-MDA | 3,4-MDEA | 3,4-MDMA |
| 6-O-Acetylmorphine | 7-Aminoclonazepam | 7-Aminoflunitrazepam |
| Acetaminophen | alpha-Hydroxyalprazolam | Alprazolam |
| Amitriptyline | Amobarbital | Amphetamine |
| Atropine | Benzoylecgonine | Brompheniramine |
| Buprenorphine | Bupropion | Butalbital |
| Carbamazepine | Carisoprodol | Chlordiazepoxide |
| Chlorpheniramine | Chlorpromazine | Citalopram/Escitalopram |
| Clomipramine | Clonazepam | Clozapine |
| Cocaethylene | Cocaine | Codeine |
| Cyclobenzaprine | Desalkylflurazepam | Desipramine |
| Dextromethorphan | Diazepam | Dihydrocodeine |
| Diltiazem | Diphenhydramine/Dimenhydrinate | Doxepin |
| Doxylamine | Duloxetine | Ecgonine Methyl Ester |
| EDDP | Ephedrine/Pseudoephedrine | Fentanyl |
| Flunitrazepam | Fluoxetine | Flurazepam |
| Gemfibrozil | Guaifenesin | Heroin |
| Hydrocodone | Hydromorphone | Hydroxy Bupropion |
| Ibuprofen | Imipramine | Ketamine |
| Lamotrigine | Lidocaine | Lorazepam |
| Maprotiline | Meperidine | Meprobamate |
| Methadone | Methamphetamine | Methaqualone |
| Methylphenidate | Metoprolol | Midazolam |
| Mirtazapine | Morphine | Naproxen |
| Nitrazepam | Norcocaine | Nordiazepam |
| Norfentanyl | Norketamine | Normeperidine |
| Norpropoxyphene | Nortriptyline | O-Desmethylvenlafaxine |
| Olanzapine | Orphenadrine | Oxazepam |
| Oxycodone | Oxymorphone | Paroxetine |
| PCP (Phencyclidine) | Pentobarbital | Phenobarbital |
| Phentermine | Phenylpropanolamine (PPA) | Phenytoin |
| Prazepam | Promethazine | Propoxyphene |
| Propranolol | Protriptyline | Quetiapine |
| Risperidone | Salicylic Acid | Secobarbital |
| Sertraline | Temazepam | Thiopental |
| Topiramate | Tramadol | Trazodone |
| Triazolam | Trimipramine | Venlafaxine |
| Verapamil | Zaleplon | Zolpidem |
| Zopiclone | | |

Case Number: CLD20-00631

PKT 3 OF 5 - Lab Report-Released-(86248).pdf

EXHIBIT B
1:22-cv-00024
Page 11 of 14

The undersigned forensic scientist(s) is(are) a designee of the Director of the North Dakota Office of Attorney General, Crime Laboratory Division. The results and conclusions in this report are the opinions and interpretations of the analyst(s) from the analysis of submitted evidence. This report shall not be reproduced except in full without approval of the Crime Laboratory Division.

Sincerely,

Crime Laboratory Division

*Jeremiah J. Smith*

**Jeremiah N. Smith**
**Forensic Scientist**

Analysis Performed:
Salicylate Screen/Trinder's Analyst
Cannabinoid Screen/Alere iCassette® THC Test Device
Cannabinoid Confirmation/GC-MS Analyst
Urine Drug Screen Analyst

PKT 4 OF 5 - Lab Report-Released-(86248).pdf

EXHIBIT B
1:22-cv-00024
Page 12 of 14



**AXIS**
FORENSIC TOXICOLOGY

**Testing Report**
Web: www.axisfortox.com
Phone: (317) 759-4TOX

| Laboratory Case Number: | 3188166 |
| --- | --- |

| | |
| --- | --- |
| **Subject's Name:** | PRUDENTE, JOHN |

| Client Account: | 20858 / NDFE001 |
| --- | --- |
| Report To: | North Dakota Forensic Examiner |
| | ATTN: Medical Examiner |
| | 2637 East Main Avenue |
| | Bismarck , ND  58501 |
| | FX: 701-328-6228 |

| | |
| --- | --- |
| **Agency Case #:** | NDME20-008 |
| **Date of Death:** | 02/08/2020 |
| **Test Reason:** | Other |
| **Investigator:** | J. HARSCHE |
| **Date Received:** | 02/19/2020 |
| **Date Reported:** | 03/04/2020 |

| Laboratory Specimen No: | 40841639 | | Date Collected: | 02/10/2020 08:50 |
| --- | --- | --- | --- | --- |
| Container(s): | 01:GRT | Blood,JUGULAR | Test(s):  70510 | Comprehensive Drug Panel, Blood |

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
| --- | --- | --- | --- | --- | --- | --- |
| VOLATILES | Negative | | | | | |
| Methanol | Negative | | | Not Established | | |
| Ethanol | Negative | | | Not Established | | |
| Acetone | Negative | | | Not Established | | |
| Isopropanol | Negative | | | Not Established | | |
| AMPHETAMINES | POSITIVE | | | | | |
| Amphetamine | POSITIVE | 143 | 50 | 10 - 100 | ng/mL | |
| Methamphetamine | POSITIVE | 581 | 50 | | ng/mL | |
| ANALGESICS | Negative | | | | | |
| ANESTHETICS | Negative | | | | | |
| ANTICHOLINERGICS | Negative | | | | | |
| ANTICONVULSANTS | Negative | | | | | |
| ANTIDEPRESSANTS | Negative | | | | | |
| ANTIDIABETICS | Negative | | | | | |
| ANTIFUNGALS | Negative | | | | | |
| ANTIHISTAMINES | Negative | | | | | |
| ANTIPSYCHOTICS | POSITIVE | | | | | |
| Quetiapine | POSITIVE | 214 | 50 | 100 - 1000 | ng/mL | |
| BARBITURATES | Negative | | | | | |
| BENZODIAZEPINES | Negative | | | | | |
| CANNABINOIDS | POSITIVE | | | | | |
| THC | POSITIVE | 10.5 | 1 | | ng/mL | |

PRUDENTE, JOHN
Laboratory Case #: 3188166
Printed Date/Time: 03/05/2020, 05:01

Page: 1 of 2

EXHIBIT B
1:22-cv-00024
Page 13 of 14

3/5/2020 05:01          www.axisfortox.com          Apollo LIMS→FX20858          3/3



**FORENSIC TOXICOLOGY**

**Testing Report**
Web: www.axisfortox.com
Phone: (317) 759-4TOX

Laboratory Specimen No:     40841639                    Continued..

| Analyte Name | Qualitative Result | Quantitative Result | Reporting Limit | Reference Range | Units | Note |
|---|---|---|---|---|---|---|
| THC-COOH | POSITIVE | 48.5 | 3 | | ng/mL | |
| CARDIOVASCULARS | Negative | | | | | |
| GASTROINTESTINALS | Negative | | | | | |
| HALLUCINOGENS | Negative | | | | | |
| MISCELLANEOUS | Negative | | | | | |
| MUSCLE RELAXANTS | Negative | | | | | |
| OPIOID ANALGESICS | POSITIVE | | | | | |
| Naloxone | POSITIVE | | | | | |

Analyte is qualitatively POSITIVE, but has not been confirmed by an
alternate analytical method.

| | | | | | | |
|---|---|---|---|---|---|---|
| SEDATIVE/HYPNOTICS | Negative | | | | | |
| STIMULANTS | Negative | | | | | |
| UROLOGICALS | Negative | | | | | |

Specimens will be kept for at least one year from the date of initial report.

Specimen identified by the Laboratory Specimen Number has been handled and analyzed in accordance with all applicable requirements.

**Laboratory Director**                    **PRUDENTE, JOHN**                    **Case Reviewer**
                                        Laboratory Case #:3188166
**George S. Behonick, Ph.D., F-ABFT**      Print Date/Time:03/05/2020, 05:01
                                        Page: 2 of 2

This individual may not have performed any of the analytical work.

EXHIBIT B
1:22-cv-00024
Page 14 of 14