**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION**

| | | |
|---|---|---|
| Cody Prudente, et al., | ) | Case No. 1:22-cv-00024-CRH |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO EXTEND** |
| | ) | **TIME TO RESPOND** |
| Mary Hamilton, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**[¶ 1]**  The undersigned parties hereby stipulate to an extension of the Plaintiffs' deadline to respond to Defendants' Motion for Summary Judgment in the above-captioned matter. The Plaintiff is requesting additional time to respond due to counsel for Plaintiffs' medical issues. The parties agree that Plaintiff will be given until November 10, 2023 to respond.

Dated this 6th day of November, 2023.        Dated this 6th day of November, 2023.

REICHERT LAW OFFICE                           KING LAW P.C.

_____              _____
AMANDA M. COREY                              LAWRENCE E. KING
ND ID #08415                                 ND ID #04997
118 Belmont Road                             101 Slate Dr., Ste. 4
Grand Forks, ND 58201                        Bismarck, ND 58503
701-787-8802                                 701-712-2676
supportstaff@reichertlaw.com                 lking@kinglawnd.com
Attorney for Plaintiffs'                     Attorney from Defendants'