Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Cody Prudente, as personal representative of the estate of John Prudente, Jr., deceased; Sandra Prudente; and John Prudente, Sr.,

      Plaintiffs,

v.

Mary Hamilton, deceased, individually and in her official capacity as a City of Mandan Police Officer; Joshua Scherr, individually and in his official capacity as a City of Mandan Police Officer; Dominic Hanson, individually and in his official capacity as a City of Mandan Police Officer; Peter Czapiewski, individually and in his official capacity as a Lieutenant of City of Mandan Police; David Raugust, individually and in his official capacity as a Sergeant of City of Mandan Police; and the City of Mandan,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   1:22-cv-24

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order dated December 9, 2024, the Defendants' motion for summary judgment (Doc. No. 46) is GRANTED.

Date: December 10, 2024

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Janelle Brunner, Deputy Clerk*